UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCOTT BOATNER PIERCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> KAUFMAN COUNTY DISTRICT ) <br> ATTORNEY'S OFFICE, ET AL., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 3:16-CV-2554-G (BH) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the U.S. Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, by separate judgment, the plaintiff's complaint will be **DISMISSED** with prejudice under 28 U.S.C. § 1915A(b)(1) and 1915(e)(2)(B)(i) because it fails to state a claim and seeks monetary relief against defendants who are immune.

If the plaintiff files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED**.

October 29, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**